[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11234

Non-Argument Calendar

_____

ELIAS MAKERE,
FSA, MAAA,

Plaintiff-Appellant,

*versus*

STANDARD INSURANCE COMPANY,
ELYON INTERNATIONAL, INC.,
BEN WACKER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00189-WWB-JBT

_____

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

In late April 2024, Elias Makere filed a notice of appeal from the district court's April 10, 2024, order dismissing his complaint against Standard Insurance Company ("Standard"), Ben Wacker, and Elyon International, Inc. Makere also filed a motion for relief in the district court, which the court granted in June, vacating that April 10, 2024, order. Standard and Wacker filed a motion to dismiss this appeal as moot given that vacatur.

Because the order from which Makere appealed has been vacated, we can no longer grant him meaningful relief regarding that order. *See Zinni v. ER Solutions, Inc.*, 692 F.3d 1162, 1166 (11th Cir. 2012) ("An issue is moot when it no longer presents a live controversy with respect to which the court can give meaningful relief." (quotation marks omitted)). We thus lack jurisdiction over this appeal. *See Christian Coal. of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011).

Accordingly, Standard and Wacker's motion to dismiss is GRANTED, and Makere's appeal is DISMISSED. All other pending motions are DENIED as moot.